IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID B. BILLENS,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3891

Opinion filed February 4, 2015.

Petition for Writ of Certiorari – Original Jurisdiction

David B. Billens, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

LEWIS, C. J., WOLF and ROBERTS, JJ., CONCUR.